IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON HAWKINS, | 1:09-cv-00771 LJO SMS (PC) |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |
| vs. | |
| DERRAL G. ADAMS, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 4, 2009, the court ordered plaintiff to pay the $350.00 filing fee for this action or to complete and submit the application to proceed in forma pauperis that was attached to the order. (Doc. 4.) On May 18, 2009, plaintiff submitted an application to proceed in forma pauperis. (Doc. 8.) However, the application was not submitted on the proper form for this court. Plaintiff shall be granted the opportunity to submit a new application, pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. Plaintiff is not required to submit another certified copy of his prison trust statement.

**Failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   June 25, 2009                   /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE