# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON HAWKINS, | 1:09-cv-00771-LJO-SMS-PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS ACTION (Doc. 10.) |
| v. | |
| DERRAL G. ADAMS, et al., | ORDER DISMISSING ACTION IN ITS ENTIRETY WITHOUT PREJUDICE |
| | ORDER DIRECTING CLERK TO CLOSE FILE |
| Defendants. | |
| _____/ | |

Plaintiff Leon Hawkins ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the complaint initiating this action on April 30, 2009.

On July 9, 2009, Plaintiff filed a motion to dismiss this case.  "[U]nder Rule 41(a)(1)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (*quoting* Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)).  "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078.  No

1

1  defendant has filed an answer or other responsive pleading in this action.  Therefore, Plaintiff's

2  motion shall be granted.

3        Accordingly, IT IS HEREBY ORDERED that:

4        1.      Plaintiff's motion to dismiss this case is GRANTED;

5        2.      This case is DISMISSED in its entirety without prejudice; and

6        3.      The Clerk of the Court is DIRECTED to close the file in this case and adjust the

7                docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

8  IT IS SO ORDERED.

9  **Dated:    July 17, 2009**                        **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28