1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  LEON HAWKINS,                          CASE NO. 1:09-cv-00771-LJO-SMS PC

10              Plaintiff,                ORDER DENYING MOTION TO AMEND AS
                                          UNNECESSARY, AND DIRECTING
11       v.                               CLERK'S OFFICE TO FILE AMENDED
                                          COMPLAINT LODGED ON JULY 6, 2010
12  DERRAL G. ADAMS, et al.,
                                          (Docs. 17 and 18)
13              Defendants.
    _____/
14

15          Plaintiff Leon Hawkins, a state prisoner proceeding pro se and in forma pauperis, filed this

16  civil rights action pursuant to 42 U.S.C. § 1983 on April 30, 2009.  On June 15, 2010, Plaintiff filed

17  a motion seeking leave to file an amended complaint, and on July 6, 2010, Plaintiff submitted his

18  proposed amended complaint.

19          At this juncture in the proceedings, Plaintiff is entitled to amend once as a matter of right.

20  Fed. R. Civ. P. 15(a).  Accordingly, Plaintiff's motion seeking leave to amend is DENIED as

21  unnecessary, and the Clerk's Office is DIRECTED to file in the amended complaint lodged on July

22  6, 2010.

23

24  IT IS SO ORDERED.

25  **Dated:    July 8, 2010**              _____   **/s/ Sandra M. Snyder**   _____
                                              UNITED STATES MAGISTRATE JUDGE
26

27

28

                                             1