IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON HAWKINS, <br><br> Plaintiff, <br><br> v. <br><br> DERRAL G. ADAMS, et al., <br><br> Defendants. | CASE NO. 1:09-cv-00771 LJO JLT <br><br> ORDER DENYING REQUEST FOR DEFAULT JUDGMENT <br><br> (Doc. 22) |

On July 26, 2010, Plaintiff filed a request for default judgment against Defendants. (Doc. 22) He claims that this request is appropriate due to Defendants failure file a responsive pleading.

However, the First Amended Complaint has not yet been screened to determine whether it states a cognizable claim. Consequently, the Court has not yet authorized service of the summons and complaint. Therefore, the Defendants' duty to file a responsive pleading has not yet arisen.

Based upon the foregoing, the motion for default judgment is **DENIED.**

IT IS SO ORDERED.

Dated: **September 24, 2010**                              /s/ Jennifer L. Thurston
                                                                                    UNITED STATES MAGISTRATE JUDGE

1