IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON HAWKINS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DERRAL G. ADAMS, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:09-cv-00771 LJO JLT (PC)<br><br>ORDER DENYING MOTION FOR RECONSIDERATION<br><br>(Doc. 28) |

　　　　Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. On December 7, 2010, Plaintiff filed a motion for reconsideration. Therein, Plaintiff requests the Court reconsider its order filed September 24, 2010, denying Plaintiff's request for default judgment. Plaintiff reiterates his belief that Defendants have failed to timely respond to his complaint and summons, as required by Federal Rule of Civil Procedure 12. (Doc. 28 at 1-4.)

　　　　Plaintiff is mistaken. As the Court explained in its order denying Plaintiff's request for default judgment, the Court has yet to find that Plaintiff's allegations state a cognizable claim. (See Doc. 27, Order Dismissing the Amended Complaint with Leave to Amend.) Thus, the Court has not authorized service of the pleadings on any Defendants. See 28 U.S.C. 28 § 1915A(a). Defendants are required to file a responsive pleading only *after* the Court authorizes service and service is effectuated on Defendants. See Fed. R. Civ. P. 12. Until then, Defendants are under no obligation to appear in this matter. Accordingly, because Plaintiff's argument lacks merit, it is HEREBY ORDERED that Plaintiff's motion for reconsideration (Doc. 28) is DENIED.

IT IS SO ORDERED.

**Dated:　December 10, 2010　　　　　　　　/s/ Lawrence J. O'Neill**

1

UNITED STATES DISTRICT JUDGE