IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON HAWKINS,<br><br>    Plaintiff,<br><br>    vs.<br><br>DERRAL G. ADAMS, et al.,<br><br>    Defendant.<br>_____/ | Case No. 1:09-cv-00771 LJO JLT (PC)<br><br>FINDINGS AND RECOMMENDATION DISMISSING DEFENDANT J. JONES<br><br>(Doc. 48) |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.

    On January 17, 2012, Plaintiff filed a request that the matter be dismissed as to defendant J. Jones. (Doc. 48) Plaintiff reports that he, "thoroughly investigated the matter more appropriately and found that Defendant J. Jones did his job accordingly with the set rules of CCR Title 15 manaul [sic] when processing Plaintiffs [sic] 602 appeal grievance so Plaintiff feels there is know [sic] further need to file any charges against Defendant J. Jones but Plaintiff wishes to still follow through with his civil law suit against Defendant D. Castillo in his individual capacity as was set forth by the court." Id.

    Accordingly, it is HEREBY RECOMMENDED that Plaintiff's request be respected and this action be **DISMISSED** without prejudice. See Fed. R. Civ. P. 41(a)(2).

    This Findings and Recommendation is submitted to the United States District Court Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within 14 days

1  after being served with a copy, any party may file written objections with the court and serve a copy on
2  all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and
3  Recommendation." Replies to the objections shall be served and filed within ten <u>court</u> days after service
4  of the objections. The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636
5  (b)(1)(C). The parties are advised that failure to file objections within the specified time may waive the
6  right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

8  IT IS SO ORDERED.
9  Dated:  **January 30, 2012**                                  **/s/ Jennifer L. Thurston**
                                                                 UNITED STATES MAGISTRATE JUDGE