IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON HAWKINS, | Case No. 1:09-cv-00771 LJO JLT (PC) |
| Plaintiff, | ORDER DENYING MOTION TO WAIVE COURT FEES |
| vs. | (Doc. 57) |
| DERRAL G. ADAMS, et al., | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.

On February 6, 2012, Plaintiff filed a document entitled "motion to waive court fees." (Doc. 57) To do this, he provides the Court a state court form on which he has demonstrated his indigence. Id.

However, on July 8, 2010, the Court granted Plaintiff's request to proceed in forma pauperis. (Doc. 20) As a result, Plaintiff was allowed to proceed in this action without paying the court fees but was required to pay the costs of the action as he can afford. Id. In particular, the CDCR is required to send to the Court a payment of 20% of the total of Plaintiff's trust account anytime the balance exceeds $10. Id. Plaintiff fails to provide any explanation why this procedure should not continue. Therefore, Plaintiff's motion for the Court to waive these fees is **DENIED**.

IT IS SO ORDERED.

Dated:   **February 7, 2012**              /s/ Jennifer L. Thurston
                                            UNITED STATES MAGISTRATE JUDGE