IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON HAWKINS, | Case No. 1:09-cv-00771 LJO JLT (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION DISMISSING DEFENDANT J. JONES |
| vs. | |
| DERRAL G. ADAMS, et al., | (Doc. 55) |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.

On January 17, 2012, Plaintiff filed a request that the matter be dismissed as to defendant J. Jones.  (Doc. 48) Plaintiff reports that he "thoroughly investigated the matter more appropriately and found that Defendant J. Jones did his job accordingly with the set rules of CCR Title 15 manaul [sic] when processing Plaintiffs [sic] 602 appeal grievance so Plaintiff feels there is know [sic] further need to file any charges against Defendant J. Jones but Plaintiff wishes to still follow through with his civil law suit against Defendant D. Castillo in his individual capacity as was set forth by the court." Id. Therefore, on January 31, 2012, the Magistrate Judge recommended that Defendant J. Jones be dismissed from the litigation. (Doc. 55)

No party has objected to the recommendation.  Therefore, in accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir.

1

1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 31, 2012, are **ADOPTED IN FULL;**
2. The matter is **DISMISSED** as to Defendant J. Jones only.

IT IS SO ORDERED.

**Dated:   March 21, 2012**              /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE