1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LEON HAWKINS,                    )   Case No. 1:09-cv-00771 LJO JLT (PC)
                                      )
12             Plaintiff,             )   ORDER ADOPTING FINDINGS AND
                                      )   RECOMMENDATION DENYING
13        vs.                         )   PLAINTIFF'S MOTION FOR INJUNCTIVE
                                      )   RELIEF
14   DERRAL G. ADAMS, et al.,         )
                                      )   (Doc. 52)
15             Defendant.             )
     _____)

16

17        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action

18   pursuant to 42 U.S.C. § 1983.  On January 18, 2012, Plaintiff filed a motion seeking injunctive

19   relief restricting Defendant Castillo (and other employees) from entering the building or the area

20   surrounding the building in which Plaintiff is housed. (Doc. 50.)  In particular, Plaintiff alleged that on

21   December 24, 2011, Castillo threatened to poison Plaintiff's food.  Id. at 6.  However, Plaintiff claimed

22   also that prison medical providers assured him that they would not allow this to occur and that he

23   accepted theses assurances.  Id.

24        On January 24, 2012, the Magistrate Judge filed Findings and Recommendations that the request

25   be denied.  (Doc. 52) The Magistrate Judge found that, though Plaintiff had discussed his concern that

26   he may be irreparably harmed if the injunction was not imposed, he failed to address any of the other

27   required elements for an injunction.  Id. at 2.  Moreover,  the Magistrate Judge found that the claim of

28   irreparable harm was not credible given the amount of time that had passed between the threat of harm

1

1  and the filing of the motion. Id. Thus, the Magistrate Judge recommended that the motion for injunctive

2  relief be denied. Id. at 3.

3          Though the Magistrate Judge granted Plaintiff 14 days to file his objections to the

4  recommendation (Doc. 52 at 3), he did not do so. Therefore, in accordance with the provisions of 28

5  U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983),

6  this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the

7  Court finds that the findings and recommendation are supported by the record and by proper analysis.

8          Accordingly, IT IS HEREBY ORDERED that:

9          1.     The findings and recommendations filed January 18, 2012, are **ADOPTED IN FULL;**

10         2.     The motion for injunctive relief is **DENIED**.

11

12

13  IT IS SO ORDERED.

14  **Dated:    March 21, 2012**                    /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2