**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEON HAWKINS,<br><br>        Plaintiff,<br><br>    v.<br><br>DERRAL G. ADAMS, et al.,<br><br>        Defendants. | Case No.: 1:09-cv-00771- LJO - JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 75) |

Defendant Castillo ("Defendant") requests summary judgment and dismissal of the action pursuant to Rule 56 of the Federal Rules of Civil Procedure. (Doc. 68). On August 10, 2012, the Magistrate Judge recommended Defendant's motion be denied, finding "Defendant failed to meet his initial burden to demonstrate the absence of a genuine issue of material fact." (Doc. 75 at 7).

The Findings and Recommendations contained a notice that any objections were to be filed within fourteen days of service, or by August 24, 2012. (Doc. 75 at 7). Defendant was advised failure to file timely objections may waive the right to appeal the District Court's order. Id. at 7-8. Nevertheless, Defendant did not file objections to the Magistrate Judge's recommendation that the motion for summary judgment be denied.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the findings and

1  recommendation are supported by the record and by proper analysis.  There is a genuine dispute of
2  material fact regarding Plaintiff's actions, which "might affect the outcome of the suit under the
3  governing law." See Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 248 (1986); Wool v. Tandem
4  Computers, Inc., 818 F.2d 1422, 1436 (9 th Cir. 1987). Therefore, Defendant is not entitled to
5  summary judgment.

      Accordingly, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations filed August 10, 2012 (Doc. 75), are **ADOPTED IN FULL**; and
2. Defendant's motion for summary judgment (Doc. 68) is **DENIED**.

IT IS SO ORDERED.

**Dated:   August 28, 2012**          /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE