UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON HAWKINS,<br><br>  Plaintiff,<br><br>  v.<br><br>DERRAL G. ADAMS, et al.,<br><br>  Defendants. | Case No.: 1:09-cv-00771 – LJO JLT (PC)<br><br>ORDER GRANTING CONTINUANCE OF TELEPHONIC TRIAL CONFIRMATION/PRE TRIAL CONFERENCE<br><br>(Doc. 81)<br><br><u>Telephonic Trial Confirmation/PreTrial Conference</u>: 1/9/13, 10:00 a.m. |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On September 27, 2012, the Court set the telephonic trial confirmation/pretrial conference to occur on November 29, 2012.  (Doc. 80)  In addition, the Court set the dates by which Plaintiff would file his motion for the appearance of incarcerated witnesses at trial and the dates by which the pretrial statement would be filed.  <u>Id</u>.

However, on November 1, 2012, Plaintiff alerted the Court that he did not have enough time to gather declarations needed to support his motion for the appearance of incarcerated witnesses at trial and needed 30 days additional.  (Doc. 81)

**ORDER**

Therefore, good cause appearing, the Court **GRANTS** the request for the extension of time and resets the applicable dates as follows:

1

1. This matter is set for telephonic trial confirmation and pretrial conference on **January 9, 2013 at 10:00 a.m.**;

2. Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at (661) 321-3821;

3. Counsel for Defendants SHALL be prepared at the conference to discuss whether the defendants are willing to consent to Magistrate Judge jurisdiction for purposes of trial.

4. The parties **SHALL** serve and file their pretrial statements as described in this order on or before **December 21, 2012**;

5. In addition to electronically filing their pretrial statement, Defendants shall e-mail the pretrial statement to: JLTOrders@caed.uscourts.gov;

6. If Plaintiff intends to call incarcerated witnesses at time of trial, Plaintiff shall serve and file a motion for attendance of incarcerated witnesses as described in the Court's order dated September 27, 2012, on or before **December 7, 2012**;

7. The opposition to the motion for the attendance of incarcerated witnesses, if any, shall be filed on or before **December 21, 2012**;

8. If Plaintiff wishes to obtain the attendance of unincarcerated witnesses who refuse to testify voluntarily, Plaintiff must submit the money orders, as described in subsection 4 of the Court's order dated September 27, 2012, to the Court on or before **December 21, 2012**.

IT IS SO ORDERED.

Dated:   **November 5, 2012**          **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE