UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON HAWKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. BAER, et al.,<br><br>　　　　Defendants. | Case No.: 1:09-cv-00771 - LJO - JLT<br><br>ORDER DISREGARDING PLAINTIFF'S SECOND MOTION REGARDING PAYMENT OF WITNESS FEES<br><br>(Doc. 101) |

On February 14, 2013, Plaintiff filed a motion requesting the Court calculate the amount Plaintiff was required to pay in witness fees, and seeking permission to direct payment to the Court. (Doc. 98). The Court granted Plaintiff's motion in part and denied it in part, ordering Plaintiff to pay witness fees in the amount of $118.54 for the production of Sgt. Miles as a witness and submit the payment to Ms. Coleman on or before March 15, 2013. (Doc. 99). On March 4, 2013, Plaintiff filed a motion regarding witness fees (Doc. 101), which is a duplicate of the motion filed previously.

Because the Court has ruled upon the relief requested, the second motion for calculation of witness fees (Doc. 101) is **DISREGARDED**.

IT IS SO ORDERED.

　Dated:　**March 7, 2013**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1