IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON HAWKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DERRAL G. ADAMS, et al.,<br><br>　　　　Defendants. | Case No. 1:09-cv-00771 JLT (PC)<br><br>ORDER GRANTING VIDEO APPEARANCE OF WITNESS, HEATH LANGSTON, AT TRIAL |

   On January 11, 2013, the Court granted Plaintiff's request for the production of inmate Heath Langston for testimony at trial. (Doc. 91)  However, in light of serious safety concerns expressed by Defendants, the Court ordered inmate Langston produced via video conference. However, soon after that, prison officials reported that they could not assure that the video conference equipment would be available on the day of trial.  As a result, the Court amended its order and required the inmate produced in person at trial.

   In the meanwhile, prison officials have committed to having the video equipment available for use and have requested, once again, the inmate Langston be allowed to appear via video conference.  In addition, prison officials have confirmed the compatibility of their video equipment with the Court's.

///

///

1

**ORDER**

Based upon the foregoing, the Court **ORDERS**:

1. Inmate, Heath Langston will be permitted to testify at trial via video conference. Herewith, the Court issues a writ ad testificandum for the production of inmate Heath Langston, CDCR # D56567, for testimony via video conference at the time of trial.

IT IS SO ORDERED.

Dated:   **March 21, 2013**                               **/s/ Jennifer L. Thurston**
                                                                            UNITED STATES MAGISTRATE JUDGE