# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON HAWKINGS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DERRAL ADAMS, et al.<br><br>　　　　　Defendants. | Case No.: 1:09-cv-00771 – LJO - JLT (PC)<br><br>ORDER WITHDRAWING THE ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF, LEON HAWKINS, CDCR # T23985<br><br>(Doc. 93)<br><br>ORDER WITHDRAWING THE SECOND AMENDED ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR VIDEO CONFERENCE COURT APPEARANCE FOR INMATE HEATH LANGSTON, CDCR #D56567<br><br>(Doc. 104) |

Plaintiff Leon Hawkins ("Plaintiff") is a state prisoner in this civil rights matter pursuant to 42 U.S.C. § 1983, which was previously set for jury trial on April 30, 2013. (Doc. 92).

On January 11, 2013, the Court issued an Order and writ of habeas corpus ad testificandum requiring Connie Gipson, the Warden of Corcoran State Prison, to transport and produce Plaintiff as a necessary and material witness at the trial. (Doc. 93). Similarly, on March 21, 2013, the Court issued a second amended Order and writ of habeas corpus ad testificandum requiring Martin Biter, the Warden of Kern Valley State Prison, to produce Heath Langston, CDCR #D56567, as a necessary and

1

material witness at the trial via video conference. (Doc. 104).  However, on April 22, 2013, the jury trial previously scheduled for April 30, 2013, was reset to June 25, 2013. (Doc. 121).   Therefore, it is not necessary to produce either Plaintiff or inmate Heath Langston on April 30, 2013, as was previously required.

        Accordingly, the Court **ORDERS** as follows:

            1.   The Order and writ of habeas corpus ad testificandum to transport Plaintiff (Doc. 93) is **hereby WITHDRAWN;**

            2.   The second amended Order and writ of habeas corpus ad testificandum to produce inmate Heath Langston, CDCR #D56567, (Doc. 104) is **hereby WITHDRAWN;** and

            3.   The Clerk of the Court is **DIRECTED** to serve this Order on all necessary parties.

IT IS SO ORDERED.

Dated:   **April 23, 2013**                         **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE