# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON HAWKINS,<br><br>               Plaintiff,<br><br>  vs.<br><br>DERRAL ADAMS, et al.,<br><br>               Defendants.<br>_____/ | Case No. **1:09-cv-00771 LJO JLT**<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR VIDEO CONFERENCE COURT APPERANCE FOR INMATE HEATH LANGSTON, CDCR # D56567**<br><br>DATE: June 25, 2013<br>TIME: 8:30 a.m. (PST) |

      **Heath Langston, CDCR # D56567**, is a necessary and material witness in the a hearing in this case and is confined at Kern Valley State Prison, 3000 West Cecil Avenue, Delano, CA in the custody of the Warden, Martin Biter. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate for a court appearance **via video conference** to give trial testimony before District Judge Lawrence J. O'Neill in in Courtroom #4, 7th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on **June 25, 2013, beginning at 8:30 a.m.**

      **ACCORDINGLY, IT IS ORDERED that:**

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day-to-day until completion of court proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:**   Warden, Martin Biter, Kern Valley State Prison, 3000 West Cecil Avenue, Delano, CA 93216

      **WE COMMAND** you to produce the inmate named above to appear to testify before the United States District Court at the time and place above, and from day-to-day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **May 22, 2013**                 **/s/ Jennifer L. Thurston**
                                                               UNITED STATES MAGISTRATE JUDGE