UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON HAWKINS,<br><br>           Plaintiff,<br><br>      v.<br><br>DERRAL G. ADAMS, et al.<br><br>           Defendants. | Case No.: 1:09-cv-00771 LJO JLT (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO USE TECHNOLOGY AT TRIAL<br><br>(Doc. 131) |

Before the Court is Defendants' request to use a laptop and projector at trial. (Doc. 131) Defendants do not explain the purposes for which this technology may be used at trial so it is not clear whether the equipment duplicates or is compatible with the Court's courtroom technology. Counsel is strongly urged to arrange an appointment with the Court's IT staff, in advance of trial, to ensure the compatibility of counsel's equipment with the Court's equipment.

The request is **GRANTED** provided that the equipment is used consistently with the Court's expectations for courtroom decorum and the other orders of the Court.

IT IS SO ORDERED.

Dated:   **June 20, 2013**                    /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE