UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON HAWKINS, | CASE NO. CV F 09-0771 LJO JLT PC |
| Plaintiff, | **ORDER TO DENY EX PARTE APPLICATION TO DEEM WITNESS UNAVAILABLE** |
| vs. | (Doc. 130.) |
| D. CASTILLO, | |
| Defendant. | |
| _____ / | |

    Defendant D. Castillo seeks this Court's determination that defense witness A.C. Aguilar ("Mr. Aguilar") is unavailable for trial and to allow introduction of his declaration in lieu of his live testimony. This Court DENIES without prejudice defendant's request to deem Mr. Aguilar unavailable in the absence of a qualified medical practitioner's opinion that Mr. Aguilar's presence with his wife is necessary. Moreover, defendant offers an unworkable

proposal to provide Mr. Aguilar's answers under oath to written questions.  In absence of a qualified medical practitioner's opinion, Mr. Aguilar is not deemed unavailable.

IT IS SO ORDERED.

Dated:  **June 20, 2013**                              **/s/ Lawrence J. O'Neill**
                                                                              UNITED STATES DISTRICT JUDGE