Case 1:09-cv-00771-LJO-JLT   Document 135   Filed 06/25/13   Page 1 of 1



**FILED**

JUN 2 5 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON HAWKINS, | CASE NO. 1:09-cv-00771-LJO-JLT PC |
| Plaintiff, | NOTICE AND ORDER THAT HEATH LANGSTON #D56567, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| ADAMS, et.al. | |
| Defendants. | |

Jury trial in this matter commenced on June 25, 2013. Inmate witness **Heath Langston, D-56567**, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: June 25, 2013        _____
                              LAWRENCE J. O'NEILL
                              UNITED STATES DISTRICT JUDGE

1