FILED
JUN 2 5 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON HAWKINS, | CASE NO. 1:09-cv-00771-LJO-JLT PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR DAY 2 OF TRIAL ON JUNE 26, 2013 AT 8:00 A.M. |
| v. | |
| ADAMS, et. al. | |
| Defendants. | |

Plaintiff Leon Hawkins # T-23985, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Wednesday, June 26, 2013, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: June 25, 2013

LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE