FILED
JUN 2 6 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON HAWKINS, | CASE NO. 1:09-cv-00771-LJO-JLT PC |
| Plaintiff, | ORDER NO LONGER REQUIRED FOR TRIAL |
| v. | |
| ADAMS, et. al. | |
| Defendants. | |

Jury Trial as to Leon Hawkins # T-23985, has concluded and can be returned to his permanent housing unit.

It is so ORDERED.

DATED: June 26 2013

LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1