1
2
3
4
5
6
7

8
**UNITED STATES DISTRICT COURT**

9
**EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 LEON HAWKINS, | )  Case No.: 1:09-cv-00771 – LJO – JLT (PC) |
| 12              Plaintiff, | )  **ORDER DENY PLAINTIFF'S THIRD MOTION** |
| 13        v. | )  **FOR TRIAL TRANSCRIPTS AT THE** |
|  | )  **GOVERNMENT'S EXPENSE** |
| 14 DERRAL G. ADAMS, | )  (Doc. 153 and 154) |
| 15              Defendants. | ) |

16

17        Plaintiff Leon Hawkins ("Plaintiff") is a state prisoner proceeding *pro se* with a civil rights

18 action pursuant to 42 U.S.C. § 1983.  A jury rendered a verdict in the defense's favor after a trial on

19 this matter on June 27, 2013, (Doc. 144), which Plaintiff appealed on July 1, 2013. (Doc. 146).

20 Plaintiff previously sought, and the Court denied, trial transcripts at the government's expense. (Doc.

21 152).  At present, Plaintiff again requests trial transcripts at the government's expense. (Doc. 153 and

22 154).

23        In his third motion for trial transcripts, Plaintiff does not indicate that he will personally

24 provide payment for the trial transcripts. Id.  As previously advised, the Court cannot authorize the

25 government's payment for trial transcripts unless Plaintiff demonstrates that his appeal is not frivolous

26 but presents a substantial question. 28 U.S.C.A. § 753 (West).  While Plaintiff avers that the Ninth

27 Circuit provided him a deadline by which he must request his trial transcripts, such deadline does not

28 entitle Plaintiff to payment for the trial transcripts at the government's expense. (Doc. 153 at 1).

1

Furthermore, Plaintiff's present motion fails to raise any new grounds for the Court to reconsider its prior denial of Plaintiff's request.

Accordingly, and for the foregoing reasons, the Court **HEREBY ORDERS** that Plaintiff's third request for trial transcripts at the government's expense (Doc. 154) be **DENIED**.  Plaintiff may renew his request for a trial transcript with the Ninth Circuit, however, **<u>no further requests for trial transcripts at the government's expense will be accepted by this Court</u>**.

IT IS SO ORDERED.

Dated:   **<u>September 5, 2013</u>**          **<u>/s/ Lawrence J. O'Neill</u>**
                                            UNITED STATES DISTRICT JUDGE