# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON HAWKINS,<br><br>             Plaintiff,<br><br>     v.<br><br>ADAMS, et al.,<br><br>             Defendants. | Case No. 1:09-cv-00771-LJO-JLT (PC)<br><br>**ORDER RE RESPONSE TO PLAINTIFF'S AMENDED NOTICE OF APPEAL**<br><br>**(Docs. 156, 157, 158)** |

       Plaintiff Leon Hawkins ("Plaintiff") is a state prisoner proceeding *pro se* with a civil rights action pursuant to 42 U.S.C. § 1983. A jury rendered a verdict in the defense's favor after a trial on this matter on June 27, 2013, (Doc. 144), which Plaintiff appealed on July 1, 2013, (Doc. 146). Plaintiff's appeal was processed by this court to the Ninth Circuit on July 16, 2013. (Doc. 147.) On November 1, 2013, Plaintiff filed an amended notice of appeal in which he indicated that he seeks to raise abuse of discretion by the court in his appeal. (Doc. 156.) This amended notice of appeal was processed to the Ninth Circuit on November 1, 2013. (Doc. 157.) On November 12, 2013, Plaintiff filed a motion regarding the response he received from the District Court pertaining to his amended notice of appeal. (Doc. 158.) In this motion, Plaintiff states that it was his intention only to appeal the "judgment, of the events concerning (Defendant) David Castillo." (*Id.*)

       It appears that Plaintiff does not understand the processing of an appeal by a District

1

Court. When a party to an action appeals to the Ninth Circuit regarding events that occurred in a district court, the district court processes the entire file to the Ninth Circuit. The names reflected on the case caption from the district court to the Ninth Circuit are those reflected on the district court's docket. This court has no jurisdiction to direct, or curtail, Plaintiff's proceedings in the Ninth Circuit. Any concerns that Plaintiff has regarding the extent of his appeal are within the authority of the Ninth Circuit.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion regarding the response he received from the District Court pertaining to his amended notice of appeal, filed November 12, 2013 (Doc. 158), is DENIED for lack of jurisdiction.

IT IS SO ORDERED.

Dated:   **November 26, 2013**            /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE